

# NUMBER 13-14-00587-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CATHERINE HARRISON,                                                      Appellant,

v.

BROOKDALE SENIOR LIVING, INC.,                                Appellee.

### On appeal from the County Court at Law No. 1
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Catherine Harrison, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Nueces County, Texas, in cause number 2014-CCV-60279-1. The parties have filed a joint motion to dismiss the appeal on grounds that the parties have reached an agreement, and appellant no longer intends to pursue the appeal.

The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of July, 2015.